UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KECITE RENEE SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2149** |
| **JACQUELEN DAVENPORT, ET AL.** | **SECTION "G"(4)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that plaintiff Kecite Renee Smith's 42 U.S.C. § 1983 claims against defendants Jacquelen Davenport, Officer Fonitno, Officer Burgess, all correctional officers in D building, the STPJ medical staff and nurses, and all inmates in dormitory 300 in building D, pod 1, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A, and as applicable 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Smith's state law defamation claim is **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction.

**NEW ORLEANS, LOUISIANA,** this   20th  day of December, 2024.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**